FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0437

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0437

_____

OFFICE OF ADMINISTRATIVE HEARINGS:

FRANCIS A. BOLTON, JOSHUA N.
BOLTON, TIM J. BYRNES, SHAWN
COATES, DANILE F. EMETT, MICHAEL L.
GIACOMINO, ROBERT W. KENT,
KEVIN S. LANE, JACOB S. PETERSEN,
DANIEL J. POWERS, MARK J. POWERS,
KEVIN J. SEYMOUR, DAVID B.
STARCEVICH, JESSEE E. TRACY, CLARK R.
WARD, and RYAN P. ZEMLJAK,

        Claimants and Appellants,

   and

BUTTE SILVER BOW PUBLIC WORKS,
WATER UTILITY DIVISION,

        Respondent and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert Joseph Whelan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021